**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANGEL ACUNA,<br>*Plaintiff*,<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. SA-22-CV-01163-XR |

**ORDER TO TRANSFER**

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable David A. Ezra. The Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 8th day of November, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE