**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANGEL ACUNA,** <br><br> **Plaintiff,** <br><br> **vs.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> **Case No. 5:22-CV-1163** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Plaintiff, Angel Acuna, by and through her undersigned counsel of record, files this Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on October 25, 2022, (Doc 1), and Defendant the Lincoln National Insurance Company was served on November 18, 2021. Accordingly, Defendant must file its responsive pleading to Plaintiff's Complaint by December 9, 2022.

2. Counsel for the Parties have conferred, and to allow Defendant sufficient time to obtain and review the necessary documentation to respond to the Complaint, Plaintiff respectfully requests an extension until December 16, 2022, for Defendant to file its responsive pleading to the Complaint. As evidenced by the filing of this Motion, Plaintiff does not object to this extension.

3. This Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintff respectfully request this Honorable Court grant this Joint Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint and allow Lincoln National until and including December 16, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 8th day of December, 2022.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ Marc Whitehead (w/permission)

Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
S.D. of Texas Bar No. 15465
Email: marc@marcwhitehead.com
Selina Valdez
State Bar of Texas No. 24121872
S.D. of Texas Bar No. 3633062
Email: selina@marcwhitehead.com
J. Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Email: anthony@marcwhiteheac.com
Madison Tate Donaldson
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Email: madison@marcwhitehead.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Email: britney@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: madison@marcwhitehead.com

ATTORNEY IN CHARGE FOR PLAINTIFF