**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANGEL ACUNA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:22-CV-1163** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

On this day, the Court considered Plaintiff's Motion to Extend Deadline for Defendant to Respond to Plaintiff's Complaint. Having considered the Motion, and after review of Plaintiff's Original Complaint, and the applicable law, the Court is of the opinion that Plaintiff's Motion should be **GRANTED.** It is, therefore,

**ORDERED** that Defendant shall have until and including December 16, 2022, to file a responsive pleading to Plaintiff's Original Complaint.

**SIGNED** this ______ day of December, 2022.

______________________________________
UNITED STATES DISTRICT JUDGE