IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGEL ACUNA, | § | No. 5:22-CV-1163-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR SETTLEMENT PAPERS**

On April 26, 2023, counsel advised the Court that this case settled. (Dkt. # 14.) The parties have not yet filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

> The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **May 24, 2023**. If the parties are unable to submit those documents by that date, parties should move for an extension of time to file the documents.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, April 27, 2023.

________________________________
David Alan Ezra
Senior United States District Judge