IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGEL ACUNA, | § | No. 5:22-CV-1163-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Court has before it the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Angel Acuna ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Defendant") filed May 24, 2023. (Dkt. # 16.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiff and Defendant in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, and that, as between Plaintiff and Defendant, each will bear its own attorneys' fees and costs incurred in connection with the above-captioned lawsuit. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, May 25, 2023.

________________________________
David Alan Ezra
Senior United States District Judge